UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  26-61233-CIV-DAMIAN

ELIANNY PINTADO PRIETO,

       Petitioner,

v.

TODD LYONS, in his official capacity, *et al.*,

       Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Respondents' Notice of Compliance, filed June 1, 2026, indicating that Petitioner was afforded an individualized bond hearing on May 28, 2026, wherein bond was denied. [ECF No. 6].

In light of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **DISMISSED**. This case is Closed.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 10th day of June, 2026.

 

_____

MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc:     Counsel of record